UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| FRED A. COLVIN, CHAIRMAN OF THE BOARD OF TRUSTEES OF AND ON BEHALF OF BRICKLAYERS UNION LOCAL NO. 6 OF INDIANA PENSION FUND; JOSEPH BRAMLETT, TRUSTEE OF AND ON BEHALF OF BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; WILLIAM SOLIVAIS, CHAIRMAN OF THE BOARD OF TRUSTEES AND ON BEHALF OF BRICKLAYERS UNION NO. 6 OF INDIANA HEALTH & WELFARE FUND; JOHN M. ARGENTA, SECRETARY OF THE BOARD OF TRUSTEES AND ON BEHALF OF THE INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 4 OF IN & KY APPRENTICE FUND; JOSEPH BRAMLETT, TRUSTEE OF AND ON BEHALF OF INTERNATIONAL MASONRY INSTITUTE and BRICKLAYERS LOCAL NO. 4 OF IN & KY,<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>POZY'S RESTORATION & RENOVATION INC. and TINA L. POZYWIO,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 2:05-CV-181<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER AND JUDGMENT**

This matter is before the Court on Plaintiffs' Motion for Entry of an Agreed Order and Judgment as incorporated herein [DE 12], filed by the parties on March 14, 2006.

Having considered the motion, the Court now **GRANTS** the Plaintiffs' Motion for Entry of an Agreed Order and Judgment as Incorporated Herein [DE 12].

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Judgment in the amount of $26,444.00 is to be entered, jointly and severally, against the Defendants and that $22,142.93 in principal herein of the Judgment shall be subject to post-judgment interest of 4.82%, all in accordance with the Agreed Order.

So ORDERED this 7th day of April, 2006.

　　　　　　　　　　　　　　　　　　s/ Paul R. Cherry
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE PAUL R. CHERRY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

cc:  All counsel of record